```
FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUL 1 3 2017

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HADARI STALLWORTH, | |
| Plaintiff, | |
| v. | 3:16-cv-00565-MMD-VPC |
| STOLK, | ORDER |
| Defendant. | |

## I. DISCUSSION

Pursuant to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer housed at the address on file with the Court. The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

///

///

///

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: This 13th day of July, 2017.

_____
United States Magistrate Judge