| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
| |    Nevada Attorney General |
| 2 | HEATHER B. ZANA |
| |    Deputy Attorney General #8234 |
| 3 | State of Nevada |
| | Bureau of Litigation |
| 4 | Public Safety Division |
| | 100 N. Carson Street |
| 5 | Carson City, NV 89701-4717 |
| | Tel: (775) 684-1261 |
| 6 | E-mail: hzana@ag.nv.gov |

*Attorneys for Defendant*
*Michael "Jason" Stolk*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HADARI STALLWORTH, | Case No. 3:16-cv-00565-MMD-VPC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STOLK, | |
| Defendants. | |

Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

**SO STIPULATED:**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| DATED this 19th day of August, 2018 | DATED this 27 day of August, 2018 |
| | ADAM PAUL LAXALT<br>Attorney General |
| By: *[signature]*<br>HADARI STALLWORTH<br>Plaintiff | By: *[signature]*<br>HEATHER B. ZANA<br>Deputy Attorney General<br>Attorneys for Defendant |

**IT IS SO ORDERED.** Case dismissed.

*[signature]*

**U.S DISTRICT JUDGE**
**DATED**: August 27, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of August, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

HADARI STALLWORTH #1125408
HIGH DESERT STATE PRISON
P O BOX 650
INDIAN SPRINGS, NV 89070

_____
An employee of the
Office of the Attorney General